IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW J. KOLENDA, | ) | |
| | ) | Civil Action No. 05-1452 |
| Plaintiff, | ) | |
| v. | ) | Judge Lancaster |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) | |
| Defendant. | ) | |

**ORDER**

THIS 23rd of March, 2006, it is it is hereby ORDERED, ADJUDGED AND DECREED that the Motion to Correct Complaint filed by Andrew J. Kolenda is GRANTED. Plaintiff is permitted to file the corrected complaint attached to its Motion as Exhibit A.

By the Court

_____
Lancaster, J.

{47455-00001 W159438}

3