IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW J. KOLENDA, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No. G.D. 05-1452 |
| | ) | |
| v. | ) | **ELECTRONICALLY FILED** |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this ___14th___ day of ___July___, 2006, it is hereby ordered that the within lawsuit be dismissed with prejudice.

BY THE COURT:

_____
Gary L. Lancaster
United States District Judge